**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN DERRICK IRVIN, | ) | No. CV 03-6451-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LEROY D. BACA, et al., | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed on abstention grounds. This dismissal is with prejudice as to Petitioner's claims challenging pretrial detention, but without prejudice to the filing of a new federal habeas petition under 28 U.S.C. § 2254 challenging the outcome of Petitioner's SVPA trial.

DATED:  May 14, 2009

*ALICEMARIE H. STOTLER*
———————————————
ALICEMARIE H. STOTLER
United States District Judge